[60 NE3d 1200, 38 NYS3d 834]

Joseph Bennett, as Guardian of James Bennett, an Incapacitated Person, Appellant, et al., Plaintiff, v Michael Hucke et al., Defendants, and Alan Kirk et al., Respondents.

Decided August 30, 2016

**APPEARANCES OF COUNSEL**

*Gathman & Bennett LLP*, Huntington (*James Edward Gathman, Jr.* of counsel), for appellant.

*Mazzara & Small, P.C.*, Bohemia (*Timothy F. Mazzara* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, affirmed, with costs. Plaintiff failed to raise a triable issue of fact whether defendants-respondents Alan Kirk et al. are subject to general contractor liability for when James Bennett was injured.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.